UNITED STATES DISTRICT COURT
for the
District of Minnesota

Court File # 0:17-cv-01299-SRN-BRT

Michael Peluso, an individual,

    Plaintiff(s),

**AFFIDAVIT OF SERVICE**

vs.

New Jersey Devils, LLC, et al.,

    Defendant(s).

---

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Michael Powers, state that on 7/18/2017, I served a copy of the Summons and Complaint in the above entitled action upon **New Jersey Devils, LLC, c/o Registered Agent: Corporation Service Company** therein named, at 251 Little Falls Drive, Wilmington, DE 19808, in the County of New Castle, at 1:40 PM, by handing to and leaving with Lynanne Gares (Authorized Agent) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: <u>18th day of July, 2017</u>

*/s/ Michael Powers*
MICHAEL POWERS - Process Server
7800 METRO PARKWAY #300
BLOOMINGTON, MN 55425
(612) 860-5844
service@prolegalmn.com